IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VANESSA MCTIGRIT                                                                                    PLAINTIFF

v.                                          5:05CV00184-WRW

GENERAL MOTORS ACCEPTANCE
CORPORATION                                                                                         DEFENDANT

## ORDER

Pending is Defendant's Motion to Dismiss (Doc. No. 18).  Plaintiff has not responded and the time for doing so has passed.

A February 6, 2006 Order reads:

Plaintiff must provide Defendant with her initial disclosures and respond to Defendant's First Set of Interrogatories and Requests for Production by 5 p.m., Monday, February 20, 2006.  Failure to meet this deadline could result in the dismissal of this case for failure to prosecute.[1]

Defendant asserts that Plaintiff failed to comply with the February 6, 2006 Order.

Accordingly, Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED for failure to prosecute.

IT IS SO ORDERED this 8th day of March, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 17.